# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | |
|---|---|
| Joan Terri Fay, ) | |
| ) | |
| Plaintiff, ) | **ORDER RE ADMISSION** |
| ) | **PRO HAC VICE** |
| vs. ) | |
| ) | |
| DePuy Orthopaedics, Inc., Simpson and ) | |
| Associates, Inc., Simpson and Associates ) | |
| Minnesota, Inc., and John Doe, an ) | |
| unidentified individual, ) | |
| ) | Case No. 1:13-cv-042 |
| Defendants. ) | |

Before the court is a motion for attorney Jan M. Carroll to appear *pro hac vice* on behalf of DePuy Orthopaedics, Inc. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Jan M. Carroll has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. She has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 13) is **GRANTED**. Attorney Jan M. Carroll is admitted to practice before this court in the above-entitled action on behalf of Defendant DePuy Orthopaedics, Inc.

**IT IS SO ORDERED.**

Dated this 12th day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge