# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Joan Terri Fay, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING IN PART** |
| | ) | **STIPULATION TO AMEND** |
| vs. | ) | **SCHEDULING/DISCOVERY PLAN** |
| | ) | |
| DePuy Orthopaedics, Inc., Simpson and Associates, Inc., Simpson and Associates Minnesota, Inc., and John Doe, an unidentified individual, | ) ) ) ) | Case No. 1:13-cv-042 |
| | ) | |
| Defendants. | ) | |

Before the court is a "Joint Stipulated Motion to Amend Scheduling/Discovery Plan" filed June 6, 2014. On June 18, 2014, the court held a telephonic status conference to discuss the proposed modifications to the plan. Jeffrey Scott Weikum appeared on plaintiff's behalf. Jan M. Carroll appeared on behalf on defendant DePuy Orthopaedics, Inc. Tamara L. Novotny appeared on behalf of defendants Simpson and Associates, Inc. and Simpson Associates Minnesota, Inc.

Pursuant to the discussion during the conference call, the court **ADOPTS IN PART** the stipulation (Docket No. 27) and **ORDERS** the existing Scheduling Order amended as follows:

1. The parties shall have until September 15, 2014 to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall serve disclosures by October 15, 2014.

    b. Defendants shall serve disclosures by December 1, 2014.

(Treating physicians need not prepare reports, only qualifications, unless they will express

opinions not reflected in the medical records. Reports to be served on other parties, but not filed with the court.)

3. The parties shall have until <u>January 15, 2015</u> to complete discovery depositions of expert witnesses.

4. The parties shall have until <u>December 15, 2014</u> to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 18th day of June, 2014.

<u>/s/ Charles S. Miller, Jr.</u>
Charles S. Miller, Jr., Magistrate Judge
United States District Court