**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Joan Terri Fay, | ) |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Depuy Orthopaedics, Inc., Simpson and Associates, Inc., Simpson and Associates Minnesota, Inc., and John Doe, an unidentified individual, | ) ) ) ) Case No. 1:13-cv-042 ) |
| | ) |
| Defendants. | ) |

On December 19, 2014, the parties filed a "Joint Stipulated Motion to Amend Scheduling/Discovery Plan and Vacate/Reset Trial Date and Final Pretrial Conference." The court **GRANTS** the motion (Docket No. 33) and amends its scheduled order as follows:

1. The parties shall have until <u>April 1, 2015</u>, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff's expert witnesses and complete reports are due by <u>May 1, 2015</u>; and

    b. Defendants' expert witnesses and complete report are due by <u>June 15, 2015</u>. (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be served on other parties, but not filed with the court.)

3. The parties shall have until <u>August 3, 2015</u>, to complete discovery depositions of

1

        expert witnesses.

4.      The parties shall have until <u>October 5, 2015</u>, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference set for March 31, 2015, shall be rescheduled for March 7, 2016, at 10:00 a.m. by telephone conference to be initiated by the court. The jury trial set for April 13, 2015, shall be rescheduled for March 21, 2016, at 9:30 a.m. in Bismarck before Judge Hovland. A ten (10) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 22nd day of December, 2014.

                                                    */s/ Charles S. Miller, Jr.*
                                                    Charles S. Miller, Jr., Magistrate Judge
                                                    United States District Court